UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
::::::::
UNITED STATES OF AMERICA

            - v -

RAFAEL LOPEZ,

                  Defendant.
------------------------------------------------------- x

18 Cr. 496 (JSR)

[PROPOSED] ORDER

JED S. RAKOFF U.S.D.J.:

      For the reasons stated from the bench at the conference on April 15, 2024, the Court hereby modifies Rafael Lopez's conditions of supervised release by terminating the condition of home detention, enforced by electronic monitoring. All other conditions remain the same.

      SO ORDERED.

New York, NY
April 15, 2024

                                                                             _____
                                                                           JED S. RAKOFF, U.S.D.J.