UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
United States of America           :

                                   :     18 ___ CR 496 ___ (JSR )

        -against-                  :           ORDER

                                   :

                                   :

Rafael Lopez                       :

            Defendant              :
-----------------------------------x


　　　　ORDERED, that the defendant is hereby remanded to the

custody of the United States Marshal.


Dated:  New York, New York
        6/11/2026